UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Justin Ornelas; et al., <br><br>                Plaintiffs, <br><br>    v. <br><br>Amazon.com, Inc.; et al., <br><br>                Defendants. <br><br>And related actions. | Case No. 2:22-cv-00304-JCM-DJA <br><br>**Order** |

      Before the Court is the parties' joint status report and stipulated amended discovery plan. (ECF No. 61). The parties request special scheduling review under Local Rule 26-1(a) because they seek a discovery period of eighteen months. While the parties explain that the extension is needed to address consolidated actions, global mediation, and the complexity of the case, the Court does not find that these issues justify an eighteen-month period. Additionally, the parties include the same dates for the deadline to amend pleadings or add parties and the deadline for initial expert disclosures. But the parties do not provide a reason for this deviation from the typical schedule provided in Local Rule 26-1(b) and thus, the Court cannot determine if this was intentional or a typo.

      As a result, the Court will grant in part and deny in part the parties' stipulation. The stipulation is denied in part regarding the parties' request for an eighteen-month discovery period and their identical deadlines to amend pleadings and for initial expert disclosures. Instead, the Court will set a year-long discovery period, measured 365 days from the date of this order. The stipulation is granted in all other respects.

///

///

///

**IT IS THEREFORE ORDERED** that the parties' stipulated discovery plan (ECF No. 61) is **granted in part and denied in part**. It is denied in part regarding the parties' proposed schedule. It is granted in part in all other respects.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings and add parties: | April 22, 2024 |
| Expert disclosures: | May 20, 2024 |
| Rebuttal expert disclosures: | June 20, 2024 |
| Close of discovery: | July 19, 2024 |
| Dispositive motions: | August 19, 2024 |
| Pretrial order: | September 18, 2024[1] |

DATED: July 20, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 20 days after decision on the dispositive motions or further court order.