1    **RESNICK & LOUIS, P.C.**
     RANDALL TINDALL
2    Nevada Bar No. 6522
     MATTHEW B. BECKSTEAD
3    Nevada Bar No. 14168
     8945 West Russell Road, Suite 330
4    Las Vegas, NV  89148
     Telephone: (702) 997-3800
5    Facsimile: (702) 997-3800
     rtindall@rlattorneys.com
6    mbeckstead@rlattorneys.com
     Attorneys for Oxos, LLC

7                              **UNITED STATES DISTRICT COURT**

8                                    **DISTRICT OF NEVADA**

9

10   JUSTIN ORNELAS, JAZMIN ORENELAS and        CASE NO.: 2:22-cv-00304-JCM-DJA
     J.O., Jr., a minor by and through his Guardian Ad
11   Litem, JUSTIN ORNELAS,

12                    Plaintiffs,                **STIPULATION TO EXTEND**
                                                 **DISCOVERY AND OTHER DEADLINES**
13   v.

14   AMAZON.COM, INC., a foreign corporation;    **(OXOS, LLC'S FIRST REQUEST,**
     VOKHIDZMON ABDUKARIMOV, an                  **SECOND OVERALL REQUEST)**
15   individual; OXOS LLC, a foreign corporation;
     BXT, INC., an Illinois corporation; and DOES I
16   through 20, inclusive.

17                    Defendants.

18   _____
     ROGER LARGAESPADA, individually; JOSE
19   ORLANDO LARGAESPADA, individually       Consolidated with:
     IRENE LARGAESPADA, individually;
20   GLORIA RUTH LARGAESPADA, individually, CASE NO.: 2:23-cv-00609-GMN-VCF

21                    Plaintiffs,

22   v.

23   VOKHIDZMON ABDUKARIMOV, an
     individual; OXOS LLC, a foreign corporation;
24   INKAS, LLC, a foreign corporation; BXT, INC.,
     an Illinois corporation; DOES I through 20; and
25   ROE CORPORATIONS 1 through 20, inclusive,

26                    Defendants.

27

28

                                                 1

| | |
|---|---|
| AMAGON.COM, INC., a foreign corporation, | |

AMAZON.COM, INC., a foreign corporation,

Third-party Plaintiff,

v.

INKAS, LLC, a foreign corporation, DOES I through X, ROE BUSINESS ENTITIES 1 through 10, inclusive,

Third-party Defendants.

Defendant OXOS, LLC, ("Defendant Oxos"), by and through its attorneys of record, RANDALL TINDALL and MATTHEW B. BECKSTEAD, of the law firm Resnick & Louis, P.C., and the other parties to this action, namely Plaintiffs JUSTIN ORNELAS, JAZMIN ORNELAS, and JUSTIN ORNELAS as Guardian Ad Litem for minor child J.O., JR., by and through their attorneys of record, ROBERT J. STOLL, JR., ROBERT J. STOLL, III, and BAGRIEL A. SINISCAL, of the law firm STOLL, NUSSBAUM & POLAKOV; Plaintiffs ROGER LARGAESPADA, ORLANDO LARGAESPADA, IRENE LARGAESPADA, and GLORIA RUTH LARGAESPADA, by and through their attorneys of record, RICHARD A. HARRIS and JOHNATHAN LEAVITT, of the law firm RICHARD HARRIS LAW FIRM; Defendant/Third-party Plaintiff AMAZON.COM, INC. ("Defendant Amazon.com"), by and through its attorneys of record, KAREN L. BASHOR and CHRISTOPHER D. PHIPPS, of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP; Defendants VOKHIDZMON ABDUKARIMOV ("Defendant Abdukarimov") and BXT, INC. ("Defendant BXT"), by and through their attorneys of record, ELIZABETH M. DEANE, of the law firm BREMER WHYTE BROWN & O'MEARA, LLP; and Defendant/Third-party Defendant INKAS, LLC, ("Defendant Inkas") by and through its attorneys of records M. BRADLEY JOHNSON and GINA MUSHMECHE, of the law firm SCHNITZER JOHNSON & WATSON, CHTD. (collectively, "Parties"), hereby stipulate to extend the deadlines in this action as set forth in the Court's Order [ECF No. 64]. The Parties hereby aver, under LR IA 6-1(a), that this is the second overall request

2

for extended deadlines, and Defendant Oxos's first overall request for extended deadlines.

I.       **DISCOVERY COMPLETED TO DATE**

- Parties Ornelas Plaintiffs, BXT, and Amazon conducted a Rule 26(f) conference on July 5, 2023.

- Plaintiffs Ornelas served their initial Rule 26(a)(1) disclosures on July 18, 2022.

- Plaintiffs Largaespada served their initial Rule 26(a)(1) disclosures on September 21, 2023.

- Defendant Amazon.com served its initial Rule 26(a)(1) disclosures on April 18, 2022.

- Defendants Abdukarimov and BXT serve their initial Rule 26(a)(1) disclosures on July 20, 2022.

- Defendant Inkas served its initial Rule 26(a)(1) disclosures on December 5, 2023.

- Plaintiff Justin Ornelas propounded a full set of written discovery to Defendant Abdukarimov (Requests for Admission, Interrogatories, and Requests for Production of Documents), for which responses have been provided.

- Plaintiff Justin Ornelas, Plaintiff J.O. (minor) and Plaintiff Jasmin Ornelas have each propounded a full set of written discovery to Amazon (Requests for Admissions, Interrogatories, and Requests for Production), for which responses have been provided.

- Defendant Amazon propounded a full set of written discovery to each Plaintiff Justin Ornelas, Plaintiff J.O. (minor), and Plaintiff Jasmin Ornelas (Requests for Admissions, Interrogatories, and Requests for Production), for which responses have been provided.

- Plaintiff Irene Largaespada, Plaintiff Gloria Largaespada, Plaintiff Roger Largaespada, and Plaintiff Jose Largaespada have each propounded a full set of written discovery to Amazon (Requests for Admissions, Interrogatories, and Requests for Production), for which responses have been provided.

- Defendant Amazon propounded a full set of written discovery to Defendant BXT (Requests for Admission, Interrogatories, and Requests for Production of Documents), for which responses have been provided.

- Defendant Amazon propounded a full set of written discovery to Defendant Inkas (Requests for Admission, Interrogatories, and Requests for Production of Documents), for which responses have been provided.
- Defendant Oxos duly served a Demand for Prior Discovery under LR 26-5 on March 12, 2024.

## II.    DISCOVERY TO BE COMPLETED

Discovery to be completed includes:

- Depositions of the NRCP 30(b)(6) witnesses of Defendants Amazon, Inkas, BXT, and OXOS.
- Depositions of all named Plaintiffs.
- Depositions of various lay witnesses and other fact witnesses.
- Depositions of Investigating Officers.
- Defendant Amazon.com wishes to inspect the vehicles of Plaintiffs Ornelas and Largaespada.
- Rule 35 Examinations of Plaintiffs based on the future treatment recommendations of their providers.
- Disclosure of Initial Experts.
- Disclosure of Rebuttal Experts.
- Depositions of Plaintiffs' respective treating physicians and/or retained expert witnesses.
- Depositions of Defendants' retained experts.
- Additional written and oral discovery as deemed necessary by the parties as this action proceeds.
- Subpoena of All Sets of Medical Records relevant to each respective Plaintiff's alleged injuries and damages.
- Plaintiffs Largaespada will be propounding written discovery.

///

///

///

4

294848958v.1

### III.     REASON DISCOVERY HAS NOT BEEN COMPLETED

This is a complex matter involving multiple lawsuits (including a third action, *Rivera v. Oxos, LLC*, Case No. A-23-869867-C, filed in the Eighth Judicial District Court in and for Clark County, Nevada), multiple plaintiffs, and multiple defendants. The Parties have been diligently working to complete discovery in this matter. However, additional time is needed. Defendant OXOS was just added into this case late last year and has been in the process of getting up to speed. However, doing so requires additional time due to the complexity of this case, the number of Plaintiffs, and the various damages claims being asserted be each.

Furthermore, the Parties are considering global mediation with all nine plaintiffs and all four defendants, with the parties likely needed at least one day, if not several days, to address the claims of all parties who have an interest in this case.  The mediators that the parties have looked into are rather booked up such that the earliest they could expect to get into mediation would likely be sometime in June 2024. The parties are currently coordinating to identify a mediator and dates for mediation prior to July 1, 2024.

The Parties hereby stipulate to extend the currently controlling discovery deadlines stated in this Court's Order setting deadlines [ECF No. 64] by 120 days as provided below. The Parties' work regarding discovery is actively ongoing, and it will continue in diligent fashion. The Parties have acted in good faith to request this extension, and none of them has a reason or intent to delay these proceedings or jury trial in this matter. The purpose of this stipulation to extend deadlines is to allow the recently joined Defendant to get up to speed, to allow the parties to engage in all necessary investigation and discovery prior to trial, and to allow the parties the ability to seek global resolution through mediation with enough time remaining thereafter in the event that global resolution is not possible in this case.

///

///

///

///

///

## IV.    PRIOR SCHEDULE

According to the Court's Order [ECF No. 64] setting deadlines, the existing deadlines are:


| | |
|---|---|
| Amend Pleadings / Add Parties: | April 22, 2024 |
| Initial Expert Disclosures: | May 20, 2024 |
| Rebuttal Expert Reports: | June 20, 2024 |
| Close of Discovery: | July 19, 2024 |
| Dispositive Motions: | August 19, 2024 |
| Joint Pre-Trial Order: | September 18, 2024 |

## V.    PROPOSED SCHEDULE

| | |
|---|---|
| Private Mediation: | July 1, 2024 |
| Amend Pleadings / Add Parties: | August 20, 2024 |
| Initial Expert Disclosures: | September 19, 2024 |
| Rebuttal Expert Reports: | October 18, 2024 |
| Close of Discovery: | November 16, 2024 |
| Dispositive Motions: | December 17, 2024 |
| Joint Pre-Trial Order: | January 16, 2025 |

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline, though experience suggests the parties may need to seek additional time to finalize discovery, such as remaining expert or fact witness depositions. The Parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

///

///

///

///

6

294848958v.1

Dated this 29th day of March 2024

Dated this _____ day of March 2024

**RESNICK & LOUIS, P.C.**

**STOLL, NUSSBAUM & POLAKOV**

*/s/ Matthew B. Beckstead*

*Wet-ink Signature Attached Below*

RANDALL TINDALL
Nevada Bar No. 6522
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant,*
*Oxos, LLC*

ROBERT J. STOLL, JR.
California Bar No. 47173
ROBERT J. STOLL, III
California Bar No. 236031
BAGRIEL A. SINISCAL
California Bar No. 14761
Los Angeles, California 90025
*Attorneys for Plaintiffs,*
*Justin Ornelas, Jasmine Ornelas, and*
*Justin Ornelas as Guardian Ad Litem for*
*Justin Ornelas*

Dated this 29th day of March 2024

Dated this 29th day of March 2024

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

**BREMER WHYTE BROWN & O'MEARA, LLP**

*/s/ Christopher D. Phipps*

*/s/ Elizabeth M. Deane*

KAREN L. BASHOR
Nevada Bar No. 11913
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant/Third-party*
*Plaintiff, Amazon.com, Inc.*

ELIZABETH M. DEANE
Nevada Bar No. 13600
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Attorneys for Defendants,*
*Vokhidzmon Abdukarimov and*
*BXT, Inc.*

///

///

///

///

///

///

///

///

///

///

7

294848958v.1

| | |
|---|---|
| Dated this _____ day of March 2024 | Dated this 29 day of March 2024 |
| **RESNICK & LOUIS, P.C.** | **STOLL, NUSSBAUM & POLAKOV** |
| | *Robert Stoll* |
| /s/ | |
| RANDALL TINDALL | ROBERT J. STOLL, JR. |
| Nevada Bar No. 6522 | California Bar No. 47173 |
| MATTHEW B. BECKSTEAD | ROBERT J. STOLL, III |
| Nevada Bar No. 14168 | California Bar No. 236031 |
| 8945 West Russell Road, Suite 330 | BAGRIEL A. SINISCAL |
| Las Vegas, Nevada 89148 | California Bar No. 14761 |
| *Attorneys for Defendant,* | Los Angeles, California 90025 |
| *Oxos, LLC* | *Attorneys for Plaintiffs,* |
| | *Justin Ornelas, Jasmine Ornelas, and Justin Ornelas as Guardian Ad Litem for Justin Ornelas* |
| Dated this _____ day of March 2024 | Dated this _____ day of March 2024 |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** | **BREMER WHYTE BROWN & O'MEARA, LLP** |
| /s/ | /s/ |
| KAREN L. BASHOR | ELIZABETH M. DEANE |
| Nevada Bar No. 11913 | Nevada Bar No. 13600 |
| CHRISTOPHER D. PHIPPS | 1160 N. Town Center Drive, Suite 250 |
| Nevada Bar No. 3788 | Las Vegas, Nevada 89144 |
| 6689 Las Vegas Boulevard South, Suite 200 | *Attorneys for Defendants,* |
| Las Vegas, Nevada 89119 | *Vokhidzmon Abdukarimov and BXT, Inc.* |
| *Attorneys for Defendant/Third-party Plaintiff, Amazon.com, Inc.* | |

///
///
///
///
///
///
///
///
///
///

7

294848958v.1

| | | |
|---|---|---|
| 1 | Dated this 29th day of March 2024 | Dated this 29th day of March 2024 |
| 2 | **RICHARD HARRIS LAW FIRM** | **SCHNITZER   WATSON   & JOHNSON, CHTD.** |
| 3 | | |
| 4 | _/s/ Johnathan M. Leavitt_ | _/s/ Gina M. Mushmeche_ |
| | RICHARD A. HARRIS | M. BRADLEY JOHNSON |
| 5 | Nevada Bar No. 505 | Nevada Bar No. 4646 |
| | JOHNATHAN M. LEAVITT | GINA M. MUSHMECHE |
| 6 | Nevada Bar No. 13172 | Nevada Bar No. 10411 |
| | 801 South Fourth Street | 8985 South Eastern Avenue, Suite 200 |
| 7 | Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| | _Attorneys for Plaintiffs,_ | _Attorneys   for   Defendant/Third-party_ |
| 8 | _Roger Largaespada,_ | _Defendant,_ |
| | _Jose Orlando Largaespada,_ | _Inkas, LLC_ |
| 9 | _Irene Largaespada, and_ | |
| | _Gloria Ruth Largaespada_ | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _4/2/2024_____

8

294848958v.1