ROBERT J. STOLL, JR. SBN 47135
ROBERT J. STOLL, III, SBN 236031
GABRIEL A. SINISCAL, NV Bar 14761
**STOLL, NUSSBAUM & POLAKOV**
11620 Wilshire Boulevard, Suite 500
Los Angeles, California 90025
mail@stolllaw.com
Telephone: 310.996.7500
Facsimile: 310.575.4353
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN ORNELAS, JAZMIN ORENELAS and J.O., Jr., a minor by and through his Guardian Ad Litem, JUSTIN ORNELAS,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., a foreign corporation; VOKHIDZMON ABDUKARIMOV, an individual; OXOS LLC, a foreign corporation; BXT, INC., an Illinois corporation; and DOES I through 20, inclusive.<br><br>Defendants. | CASE NO.: 2:22-cv-00304-JCM-DJA<br><br>**STIPULATION TO ADVANCE THE HEARING ON PETITION FOR COMPROMISE OF DISPUTED CLAIM FOR MINOR** |
| ROGER LARGAESPADA, individually; JOSE ORLANDO LARGAESPADA, individually IRENE LARGAESPADA, individually; GLORIA RUTH LARGAESPADA, individually,<br><br>Plaintiffs,<br>v.<br><br>VOKHIDZMON ABDUKARIMOV, an individual; OXOS LLC, a foreign corporation; INKAS, LLC, a foreign corporation; BXT, INC., an Illinois corporation; DOES I through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Consolidated with:<br><br>CASE NO.: 2:23-cv-00609-GMN-VCF |

1

|  |  |
|---|---|
| 1 | |
| 2 | AMAZON.COM, INC., a foreign corporation, |
| 3 | |
|   | Third-party Plaintiff, |
| 4 | |
|   | v. |
| 5 | |
| 6 | INKAS, LLC, a foreign corporation, DOES I through X, ROE BUSINESS ENTITIES 1 through 10, inclusive, |
| 7 | |
| 8 | Third-party Defendants. |
| 9 | |

11  WHEREAS, the Court has set a hearing for the Approval of the Petition for Minor's

12  Compromise for 2:30 p.m. on November 14, 2024, in Department 6D of the United States

13  District Court, District of Nevada, located at 333 S. Las Vegas Boulevard, Las Vegas, Nevada ;

14  WHEREAS, Plaintiffs' Counsel, Robert J. Stoll, III, has a prepaid family vacation and is

15  scheduled to be out of the country on said date;

16  WHEREAS, Mr. Stoll spoke with Courtroom Administrator, Summer R., on October 21,

17  2024, who confirmed that the Court was available and could accommodate advancing the

18  hearing to 2:30 p.m. on November 13, 2024 in Department 6D of the above-referenced court;

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28

IT IS HEREBY STIPULATED AND AGREED BETWEEN the undersigned parties hereto, and respectfully requested, that the Court advance the hearing for the approval of the Minor's Compromise to 2:30 p.m. on November 13, 2024, in Department 6D of the United States District Court, District of Nevada, located at 333 S. Las Vegas Boulevard, Las Vegas, Nevada:

| | |
|---|---|
| Dated this 22nd day of October 2024<br><br>**STOLL, NUSSBAUM & POLAKOV, APC**<br><br>/s/ Robert J. Stoll, III<br>_____<br>ROBERT J. STOLL, JR.<br>California Bar No. 47173<br>ROBERT J. STOLL, III<br>California Bar No. 236031<br>GABRIEL A. SINICAL<br>California Bar No. 14761<br>Los Angeles, California 90025<br>*Attorneys for Plaintiffs,*<br>***Justin** Ornelas, Jasmine Ornelas, and Justin Ornelas as Guardian Ad Litem for Justin Ornelas* | Dated this 22nd day of October 2024<br><br>**RESNICK & LOUIS, P.C.**<br><br>/s/ Randall Tindall<br>_____<br>RANDALL TINDALL<br>Nevada Bar No. 6522<br>MATTHEW B. BECKSTEAD<br>Nevada Bar No. 14168<br>8945 West Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant,*<br>*Oxos, LLC* |
| Dated this 22nd day of October 2024<br><br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP.**<br><br>/s/ Christopher D. Phipps<br>_____<br>KAREN L. BASHOR<br>Nevada Bar No. 11913<br>CHRISTOPHER D. PHIPPS<br>Nevada Bar No. 3788<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant/Third-party Plaintiff Amazon.com, Inc.* | Dated this 22nd day of October 2024<br><br>**BREMER WHYTE BROWN & O'MERA, LLP.**<br><br>/s/ Elizabeth M. Deane<br>_____<br>ELIZABETH M. DEANE<br>Nevada Bar No. 13600<br>1160 N. Town Center Drive, Suite 250<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants,*<br>*Vokhidzmon Abdukarimov and BXT, Inc.* |
| ///<br>///<br>// | |

| | |
|---|---|
| Dated this 22nd day of October 2024 | Dated this 22nd day of October 2024 |
| **RICHARD HARRIS LAW FIRM** | **SCHNITZER, WATSON & JOHNSON, CHTD** |
| /s/ Jonathan Leavitt | /s/ Gina M. Mushmeche |
| RICHARD A. HARRIS<br>Nevada Bar No. 505<br>JOHNATHAN M. LEAVITT<br>Nevada Bar No. 13172<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs,*<br>*Roger Largaespada,*<br>*Jose Orlando Largaespada,*<br>*Irene Largaespada, and*<br>*Gloria Ruth Largaespada* | M. BRADLEY JOHNSON<br>Nevada Bar No. 4646<br>GINA M. MUSHMECHE<br>Nevada Bar No. 10411<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant/Third-party Defendant,*<br>*Inkas, LLC* |

## ORDER

Pursuant to the Stipulation above, it is hereby granted that the hearing for the Approval of the Minor's Compromise be advanced to November 13, 2024 at 2:30 p.m. in courtroom 6D of the United States District Court, District of Nevada, located at 333 S. Las Vegas Boulevard, Las Vegas, Nevada.

DATED this 22nd day of October, 2024.

_____
Jennifer A. Dorsey
U.S. District Court Judge

4