# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ORNELAS; JAZMIN ORENELAS; J.O., Jr., a minor by and through his Guardian Ad Litem, JUSTIN ORNELAS,<br><br>　　　　　Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., VOKHIDZMON ABDUKARIMOV, OXOS LLC, BXT, INC.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00304-APG-DJA<br><br>**Order Granting Stipulations and Setting Status Check** |
| ROGER LARGAESPADA, JOSE ORLANDO LARGAESPADA, IRENE LARGAESPADA, GLORIA RUTH LARGAESPADA,<br><br>　　　　　Plaintiffs,<br>v.<br><br>VOKHIDZMON ABDUKARIMOV, an individual; OXOS LLC, INKAS, LLC, BXT, INC.,<br><br>　　　　　Defendants | Consolidated with:<br><br>Case No. 2:23-cv-00609-GMN-VCF<br><br>[ECF Nos. 74, 76, 77, 78, 81, 85] |
| AMAZON.COM, INC.,<br><br>　　　　　Third-Party, Plaintiff<br>v.<br><br>INKAS, LLC,<br><br>　　　　　Third-Party Defendant | |

　　　This case was transferred to me after Judge Dorsey discovered she had a conflict of interest involving Amazon. She vacated her prior orders out of an abundance of caution. I have conducted an independent review of the parties' stipulations and proposed orders and the transcript of the November 13, 2024 hearing on the approval of the minor's compromise (ECF

No. 87). I find good cause to grant the parties' stipulations (ECF Nos. 74, 76, 77, 78, 81) and to approve the compromise of the minor's claim. I will file separate orders regarding each.

I further order that the parties' stipulation to advance the hearing on the petition to compromise (ECF No. 85) is denied as moot.

I will conduct a status check on January 22, 2025 at 11:00 a.m. by Zoom. If the plaintiffs files proof of compliance by noon on January 21, 2025 and promptly notifies my Courtroom Administrator Melissa Johansen of that filing, I likely will vacate that status check upon request.

DATED this 15th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE