KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727 1264; FAX (702) 727 1401
Karen.Bashor@wilsonelser.com
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant/Third-Party Plaintiff*
*AMAZON.COM, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ORNELAS, JAZMIN ORENELAS and J.O., Jr., a minor by and through his Guardian Ad Litem, JUSTIN ORNELAS,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., a foreign corporation; VOKHIDZMON ABDUKARIMOV, an individual; OXOS LLC, a foreign corporation; BXT, INC., an Illinois corporation; and DOES I through 20, inclusive.<br><br>Defendants. | **CASE NO.: 2:22-cv-00304-APG-DJA**<br><br><br><br><br><br><br><br><br>Consolidated with:<br><br>CASE NO.: 2:23-cv-00609-GMN-VCF |
| ROGER LARGAESPADA, individually; JOSE ORLANDO LARGAESPADA, individually IRENE LARGAESPADA, individually; GLORIA RUTH LARGAESPADA, individually,<br><br>Plaintiffs,<br>v.<br><br>VOKHIDZMON ABDUKARIMOV, an individual; OXOS LLC, a foreign corporation; INKAS, LLC, a foreign corporation; BXT, INC., an Illinois corporation; DOES I through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | **STIPULATION AND ORDER TO DISMISS THE LARGAESPADA COMPLAINT ONLY**<br><br>(ECF Nos. 78, 81) |

1

302947977v.1

302947977v.1

|  |  |
|---|---|
| 1 | |
| 2 | AMAZON.COM, INC., a foreign corporation, |
| 3 | |
| 4 | Third-party Plaintiff, |
| 5 | v. |
| 6 | INKAS, LLC, a foreign corporation, DOES I through X, ROE BUSINESS ENTITIES 1 through 10, inclusive, |
| 7 | |
| 8 | Third-party Defendants. |
| 9 | |

Defendant/Third-party Plaintiff AMAZON.COM, INC. ("Defendant Amazon"), by and through its attorneys of record, KAREN L. BASHOR and CHRISTOPHER D. PHIPPS, of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, Defendant OXOS, LLC, ("Defendant Oxos"), by and through its attorneys of record, RANDALL TINDALL and MATTHEW B. BECKSTEAD, of the law firm Resnick & Louis, P.C., and the other parties to this action, namely Plaintiffs JUSTIN ORNELAS, JAZMIN ORNELAS, and JUSTIN ORNELAS as Guardian Ad Litem for minor child J.O., JR., by and through their attorneys of record, ROBERT J. STOLL, JR., ROBERT J. STOLL, III, and BAGRIEL A. SINISCAL, of the law firm STOLL, NUSSBAUM & POLAKOV; Plaintiffs ROGER LARGAESPADA, ORLANDO LARGAESPADA, IRENE LARGAESPADA, and GLORIA RUTH LARGAESPADA, by and through their attorneys of record, RICHARD A. HARRIS and JOHNATHAN LEAVITT, of the law firm RICHARD HARRIS LAW FIRM; Defendants VOKHIDZMON ABDUKARIMOV ("Defendant Abdukarimov") and BXT, INC. ("Defendant BXT"), by and through their attorneys of record, ELIZABETH M. DEANE, of the law firm BREMER WHYTE BROWN & O'MEARA, LLP; and Defendant/Third-party Defendant INKAS, LLC, ("Defendant Inkas") by and through its attorneys of records M. BRADLEY JOHNSON and GINA MUSHMECHE, of the law firm SCHNITZER JOHNSON & WATSON, CHTD. (collectively, "Parties"), hereby stipulate and agree to the dismissal of the Largaespada Complaint, only, Case No. 2:23-cv-00609-GMN-VCF

2

302947977v.1

302947977v.1

in the above-captioned action against all Defendants, with prejudice, with each party to bear their own attorney's fees, costs, and interest.

| Dated this 7th day of October 2024 | Dated this 7th day of October 2024 |
|---|---|
| **RESNICK & LOUIS, P.C.** | **STOLL, NUSSBAUM & POLAKOV** |
| */s/ Randall Tindall* | */s/ Robert J. Stoll, Jr.* |
| RANDALL TINDALL<br>Nevada Bar No. 6522<br>MATTHEW B. BECKSTEAD<br>Nevada Bar No. 14168<br>8945 West Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant,*<br>*Oxos, LLC* | ROBERT J. STOLL, JR.<br>California Bar No. 47173<br>ROBERT J. STOLL, III<br>California Bar No. 236031<br>GABRIEL A. SINICAL<br>California Bar No. 14761<br>Los Angeles, California 90025<br>*Attorneys for Plaintiffs,*<br>*Justin Ornelas, Jasmine Ornelas, and Justin Ornelas as Guardian Ad Litem for Justin Ornelas* |
| Dated this 7th day of October 2024 | Dated this 7th day of October 2024 |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** | **BREMER WHYTE BROWN & O'MEARA, LLP** |
| */s/ Christopher D. Phipps* | */s/ Elizabeth A. Deane* |
| KAREN L. BASHOR<br>Nevada Bar No. 11913<br>CHRISTOPHER D. PHIPPS<br>Nevada Bar No. 3788<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant/Third-party Plaintiff, Amazon.com, Inc.* | ELIZABETH M. DEANE<br>Nevada Bar No. 13600<br>1160 N. Town Center Drive, Suite 250<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants,*<br>*Vokhidzmon Abdukarimov and BXT, Inc.* |

3

302947977v.1

302947977v.1

| | |
|---|---|
| Dated this 7th day of October 2024 | Dated this 7th day of October 2024 |
| **RICHARD HARRIS LAW FIRM** | **SCHNITZER WATSON & JOHNSON, CHTD.** |
| */s/ Johnathan M. Leavitt* | */s/ Gina M. Mushmeche* |
| RICHARD A. HARRIS | M. BRADLEY JOHNSON |
| Nevada Bar No. 505 | Nevada Bar No. 4646 |
| JOHNATHAN M. LEAVITT | GINA M. MUSHMECHE |
| Nevada Bar No. 13172 | Nevada Bar No. 10411 |
| 801 South Fourth Street | 8985 South Eastern Avenue, Suite 200 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| *Attorneys for Plaintiffs,* | *Attorneys for Defendant/Third-party* |
| *Roger Largaespada,* | *Defendant,* |
| *Jose Orlando Largaespada,* | *Inkas, LLC* |
| *Irene Largaespada, and* | |
| *Gloria Ruth Largaespada* | |

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that the claims contained in the complaint brought by plaintiffs Roger Largaespada, Jose Orlando Largaespada, Irene Largaespada, and Gloria Ruth Largaespada, consolidated from Case No. 2:23-cv-00609-GMN-VCF, are dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to terminate the Largaespada parties as plaintiffs in this action.**

DATED: January 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4

302947977v.1

302947977v.1