ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
edeane@bremerwhyte.com

Attorneys for Defendants,
VOKHIDZMON ABDUKARIMOV and BXT, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ORNELAS, JAZMIN ORNELAS and J.O., JR., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM JUSTIN ORNELAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a foreign corporation; VOKHIDZMON ABDUKARIMOV, an individual; OXOS, LLC, a foreign corporation; BXT, INC, an Illinois Corporation; and DOES 1 through 20, Inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CASES AND CLAIMS | Case No. 2:22-cv-00304-APG-DJA<br>~~Case No. 2:22-CV-00304-JCM-DJA~~<br><br>**Consolidated with:**<br>Case No. 2:23-cv-00609-GMN VCF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CROSS-CLAIMS AND THIRD-PARTY CLAIMS ASSERTED BY DEFENDANT/CROSS-CLAIMANT/THIRD-PARTY COMPLAINANT AMAZON.COM, INC.** |

COMES NOW Defendant/Cross-Claimant/Third Party Claimant AMAZON.COM, INC. ("Amazon"), by and through its attorneys of record, KAREN L. BASHOR and CHRISTOPHER D. PHIPPS, of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, Defendant/Cross-Defendant OXOS, LLC, ("OXOS"), by and through its attorneys of record, RANDALL TINDALL and MATTHEW B. BECKSTEAD, of the law firm Resnick & Louis, P.C., Plaintiffs

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1287.715 4915-6237-4674.1

JUSTIN ORNELAS, JAZMIN ORNELAS, and JUSTIN ORNELAS as Guardian Ad Litem for minor child J.O., JR., by and through their attorneys of record, ROBERT J. STOLL, JR., ROBERT J. STOLL, III, and GABRIEL A. SINISCAL, of the law firm STOLL, NUSSBAUM & POLAKOV; Defendants/ Cross-Defendants VOKHIDZMON ABDUKARIMOV ("Abdukarimov") and BXT, INC. ("BXT"), by and through their attorneys of record, ELIZABETH M. DEANE, of the law firm BREMER WHYTE BROWN & O'MEARA, LLP; and Defendant/Cross-Defendant/Third-Party Defendant INKAS, LLC, ("INKAS") by and through its attorneys of records M. BRADLEY JOHNSON and GINA MUSHMECHE, of the law firm SCHNITZER JOHNSON & WATSON, CHTD. (collectively, "Parties"), hereby stipulate and agree as follows:

**STIPULATION**

**IT IS HEREBY STIPULATED** that all Cross-Claims asserted by Defendant Amazon in its capacity as Cross-Claimant against Defendants/Cross-Defendants Abdukarimov, BXT, INKAS, and OXOS in Defendant/Cross-Claimant Amazon's operative Answer and Cross-Claim on file in *Ornelas, et al v. Amazon.com, Inc., et al;* Case No. 2:22-CV-00304-JCM-DJA are to be dismissed **_with prejudice_**;

**IT IS HEREBY FURTHER STIPULATED** that all Cross-Claims asserted by Defendant Amazon in its capacity as Cross-Claimant against Defendants/Cross-Defendants Abdukarimov, BXT, INKAS, and OXOS in Defendant/Cross-Claimant Amazon's operative Answer and Cross-Claim on file in *Largaespada, et al v. Abdukarimov, et al*; Case No. 2:22-CV-00609-JCM-DJA, which has since been consolidated with *Ornelas, et al v. Amazon.com, Inc., et al;* Case No. 2:22-CV-00304-JCM-DJA are to be dismissed **_with prejudice_**;

**IT IS HEREBY FURTHER STIPULATED** that all Third-Party Claims asserted by Defendant Amazon in its capacity as Third-Party Claimant against Defendant/Third Party Defendant INKAS in Defendant/Third-Party Claimant Amazon's operative Third-

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1287.715 4915-6237-4674.1

Party Complaint on file in *Ornelas, et al v. Amazon.com, Inc., et al*; Case No. 2:22-CV-00304-JCM-DJA are to be dismissed ***with prejudice***;

IT IS FURTHER STIPULATED that each party agrees to bear their own fees and costs.

Dated this 31st day of March 2025
**RESNICK & LOUIS, P.C.**

/s/ Randall Tindall, Esq.
RANDALL TINDALL
Nevada Bar No. 6522
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant,*
*Oxos, LLC*

Dated this 31 day of March 2025
**STOLL, NUSSBAUM & POLAKOV**

Robert Stoll
ROBERT J. STOLL, JR.
California Bar No. 47173
ROBERT J. STOLL, III
California Bar No. 236031
GABRIEL A. SINISCAL
California Bar No. 14761
Los Angeles, California 90025
*Attorneys for Plaintiffs,*
*Justin Ornelas, Jasmine Ornelas, and Justin Ornelas as Guardian Ad Litem for Justin Ornelas*

Dated this 31st day of March 2025
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Christopher Phipps, Esq.
KAREN L. BASHOR
Nevada Bar No. 11913
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant/Third-party Plaintiff, Amazon.com, Inc.*

Dated this 3/31 day of March 2025

**BREMER WHYTE BROWN & O'MEARA, LLP**

ELIZABETH M. DEANE
Nevada Bar No. 13600
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Attorneys for Defendants,*
*Vokhidzmon Abdukarimov and BXT, Inc.*

Dated this 31st day of March 2025
**SCHNITZER WATSON & JOHNSON, CHTD.**

/s/ Gina Mushmeche, Esq.
M. BRADLEY JOHNSON
Nevada Bar No. 4646
GINA M. MUSHMECHE
Nevada Bar No. 10411
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant, Inkas, LLC*

IT IS SO ORDERED:

Dated: April 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1287.715 4915-6237-4674.1