UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ORNELAS, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants | Case No.: 2:22-cv-00304-APG-DJA<br><br>**Order**<br><br>[ECF No. 98] |

I ORDER that the stipulation (ECF No. 98) is GRANTED.

I FURTHER ORDER that the parties shall file a status report every 180 days.

DATED this 14th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE