**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN ORNELAS; JAZMIN ORENELAS; J.O., Jr., a minor by and through his Guardian Ad Litem, JUSTIN ORNELAS,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., VOKHIDZMON ABDUKARIMOV, OXOS LLC, BXT, INC.,<br><br>Defendants. | Case No.: 2:22-cv-00304-APG-DJA<br><br>**Order Closing Case** |
| ROGER LARGAESPADA, JOSE ORLANDO LARGAESPADA, IRENE LARGAESPADA, GLORIA RUTH LARGAESPADA,<br><br>Plaintiffs,<br>v.<br><br>VOKHIDZMON ABDUKARIMOV, an individual; OXOS LLC, INKAS, LLC, BXT, INC.,<br><br>Defendants | Consolidated with:<br><br>Case No. 2:23-cv-00609-GMN-VCF |
| AMAZON.COM, INC.,<br><br>Third-Party, Plaintiff<br>v.<br><br>INKAS, LLC,<br><br>Third-Party Defendant | |

Based upon the parties' joint status report (ECF No. 104), I HEREBY ORDER the clerk of court to close this case.

DATED this 11th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE